```
                                    FILED
                          CLERK, U.S. DISTRICT COURT

                              DEC 16 2010

                          CENTRAL DISTRICT OF CALIFORNIA
                          BY                      DEPUTY
```

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| PLAINTIFF | |
| v. | SACR 10-254 |
| McFarland, Quinn | ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
| DEFENDANT(S). | |

Upon motion of __def__, IT IS ORDERED that a detention hearing is set for __Monday, Dec. 20, 2010__, at __10:30__ ☒a.m. / ☐p.m. before the Honorable __Robert N Block__, in Courtroom __6B__.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
            (Other custodial officer)

Dated: __12/16/10__

_____
U.S. District Judge/Magistrate Judge